# EXHIBIT A



### Error Identified: No Order Confirmation Email (Urgent Action Needed)
https://moodskincream.com/

1. *Lacking an order confirmation email places merchants at risk for higher chargebacks and lacking support to dispute chargebacks that do occur.*

Best practices call for order confirmation emails to include:
- The amount the customer is charged.
- What they should expect to see on their billing statement (descriptor).
- A customer service phone number/email if they have any questions or concerns.
- A link to opt-out of any recurring products/programs.
- A link to terms and conditions.
- A summarized description of refund/cancellation policies.

### Error Identified (Action Needed):
https://piazeyeserum.com

Test sale conducted on piazeyeserum.com returned an order confirmation email from no-reply@trylucienneskin.com which is a mismatch and place you at risk for excessive case losses when chargebacks are disputed. The mismatched information depicts a flawed set up and will be perceived negatively by processors. Immediate resolution recommended.

### Error Identified: No Order Confirmation Email (Urgent Action Needed)
https://moodskincream.com/

1. Lacking an order confirmation email places merchants at risk for higher chargebacks and lacking support to dispute chargebacks that do occur.

Best practices call for order confirmation emails to include:
- The amount the customer is charged.
- What they should expect to see on their billing statement (descriptor).
- A customer service phone number/email if they have any questions or concerns.
- A link to opt-out of any recurring products/programs.
- A link to terms and conditions.
- A summarized description of refund/cancellation policies.

### Error Identified (Action Needed):
https://piazeyeserum.com

Test sale conducted on piazeyeserum.com returned an order confirmation email from no-reply@trylucienneskin.com which is a mismatch and place you at risk for excessive case losses when chargebacks are disputed. The mismatched information depicts a flawed set up and will be perceived negatively by processors. Immediate resolution recommended.

✓ these issues were upon fixed and verified with the client and QA.